UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                          **CRIMINAL NO. 4:09CR5-TSL-JCS-6**

**GERADO SANCHEZ**

## ORDER GRANTING MOTION TO DISMISS COUNTS

This cause having come on for consideration on the motion of the government to dismiss Counts 2,3,4,5,6,7,8 and 9 of this Indictment as to the defendant Gerado Sanchez only, as the defendant Gerado Sanchez entered a plea of guilty to Count 1 of the Indictment in this matter and has been sentenced by the Court.

THEREFORE, the Court is of the opinion and so finds that the government's motion to dismiss Counts 2,3,4,5,6,7,8 and 9of this Indictment, as to the defendant Gerado Sanchez only, is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Counts 2,3,4,5,6,7,8 and 9 of this Indictment, as to the defendant Gerado Sanchez only, are hereby dismissed without prejudice.

SO ORDERED, this the 25th of January 2010.


/s/Tom S. Lee
SENIOR U.S. DISTRICT COURT JUDGE